J. R. CONSTRUCTION CORPORATION, Respondent, *v.* BERKELEY APTS., INC., Appellant.

Submitted June 9, 1941; decided June 19, 1941.

*Henry Heymann, Seymour C. Simon* and *George A. Roland* for motion.
*Daniel A. Dorsey* and *Alexander E. Levine* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground defendant may appeal as of right.